FILED
April 21, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. MAG. 08-0142 EFB
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
KIMBERLY BUCKMAN, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KIMBERLY BUCKMAN, Case No. MAG. 08-0142 EFB, Charge Title 18 USC §§ 513, 1341, 1343, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X  Bail Posted in the Sum of $ 50,000

X  Unsecured Appearance Bond  co-signed by mother

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X  (Other)  Pretrial Services Supervision of conditions of release

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 21, 2008  at  2:20  pm.

By _____
Dale A. Drozd
United States Magistrate Judge